```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 19433
    BRIAN E RILEY
    TAMMY A RILEY                           CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY
          Debtor
    SSN XXX-XX-0274     SSN XXX-XX-9061

--------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 10/19/2007 and was confirmed 01/22/2008.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 08/28/2008.
--------------------------------------------------------------------------
CREDITOR NAME               CLASS           CLAIM AMOUNT       INTEREST         PRINCIPAL
                                                                 PAID             PAID
--------------------------------------------------------------------------
COUNTRYWIDE HOME LOANS    CURRENT MORTG       7590.00              .00          7590.00
COUNTRYWIDE HOME LOANS    MORTGAGE ARRE      24145.39              .00              .00
COUNTRYWIDE HOME LENDING  NOTICE ONLY       NOT FILED              .00              .00
WASHINGTON MUTUAL HOME L  NOTICE ONLY       NOT FILED              .00              .00
INTERNAL REVENUE SERVICE  PRIORITY            1716.60              .00              .00
HITCHCOCK AND ASSOCIATES  PRIORITY          NOT FILED              .00              .00
ACCOUNT RECOVERY SERVICE  UNSECURED         NOT FILED              .00              .00
PORTFOLIO RECOVERY ASSOC  UNSECURED            247.45              .00              .00
PORTFOLIO RECOVERY ASSOC  UNSECURED            301.10              .00              .00
CITY OF CHICAGO REVENUE   UNSECURED         NOT FILED              .00              .00
PEOPLES ENERGY            NOTICE ONLY       NOT FILED              .00              .00
COMMONWEALTH EDISON       UNSECURED           1229.67              .00              .00
COMPUTER CREDIT           UNSECURED         NOT FILED              .00              .00
COMPUTER CREDIT           UNSECURED         NOT FILED              .00              .00
HSN                       UNSECURED         NOT FILED              .00              .00
CREDIT PROTECTION ASSOC   UNSECURED         NOT FILED              .00              .00
CREDIT ACCEPTANCE CORP    FILED LATE              .00              .00              .00
DEPENDON COLLECTION       UNSECURED         NOT FILED              .00              .00
DVRA BILLING              UNSECURED         NOT FILED              .00              .00
E R SOLUTIONS INC         UNSECURED            302.34              .00              .00
GC SERVICES DATA CONTROL  UNSECURED         NOT FILED              .00              .00
B-REAL LLC                UNSECURED            156.00              .00              .00
IC SYSTEMS                UNSECURED         NOT FILED              .00              .00
MIDLAND CREDIT MANAGEMEN  UNSECURED            487.23              .00              .00
OPEX COMMUNICATIONS       UNSECURED         NOT FILED              .00              .00
LITTLE COMPANY OF MARY H  UNSECURED            563.00              .00              .00
PEOPLES GAS LIGHT & COKE  UNSECURED           5196.39              .00              .00
PORTFOLIO RECOVERY ASSOC  UNSECURED            565.15              .00              .00
PORTFOLIO RECOVERY ASSOC  UNSECURED            330.66              .00              .00
PORTFOLIO RECOVERY ASSOC  UNSECURED            224.34              .00              .00
PORTFOLIO RECOVERY ASSOC  UNSECURED            279.13              .00              .00
STATE COLLECTION SERVICE  UNSECURED         NOT FILED              .00              .00

                     PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 07 B 19433 BRIAN E RILEY & TAMMY A RILEY
```

```
UDS                            NOTICE ONLY    NOT FILED              .00              .00
US DEPT OF VETERANS AFFA  NOTICE ONLY    NOT FILED              .00              .00
VERIZON WIRELESS               UNSECURED         1509.74              .00              .00
DEPT OF TREASURY               NOTICE ONLY    NOT FILED              .00              .00
INTERNAL REVENUE SERVICE  UNSECURED          429.48              .00              .00
SECRETARY OF STATE             NOTICE ONLY    NOT FILED              .00              .00
AFNI                           UNSECURED     NOT FILED              .00              .00
COMMONWEALTH EDISON            UNSECURED           .00              .00              .00
COUNTRYWIDE HOME LOANS         NOTICE ONLY    NOT FILED              .00              .00
THOMAS R HITCHCOCK             DEBTOR ATTY     2,911.50                              .00
TOM VAUGHN                     TRUSTEE                                            660.00
DEBTOR REFUND                  REFUND                                                 .00

        Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                       RECEIPTS            DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                8,250.00

PRIORITY                                           .00
SECURED                                       7,590.00
UNSECURED                                          .00
ADMINISTRATIVE                                     .00
TRUSTEE COMPENSATION                            660.00
DEBTOR REFUND                                      .00
                       ---------------     ---------------
TOTALS                 8,250.00             8,250.00
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
     Dated: 11/20/08                _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE




                              PAGE   2
          CASE NO. 07 B 19433 BRIAN E RILEY & TAMMY A RILEY